**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tommy Dewey MARTIN, Defendant–Appellant.**

No. 00–7382.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Tommy Dewey Martin, pro se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Tommy Dewey Martin seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Martin,* Nos. CR–97–70117–1; CA–00–135–7 (W.D.Va. Sept. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*